# NO. 12-24-00027-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE OF NYCHELLE TAITIAHANNA PRYOR AND ISAAC BENJAMIN HERMAN VEIL AND IN THE INTEREST OF W. H. V., A CHILD* | § | *APPEAL FROM THE* |
|  | § | *COUNTY COURT AT LAW* |
|  | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Nychelle Taitiahanna Pryor, filed a motion to dismiss this appeal. The motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered June 21, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 21, 2024**

**NO. 12-24-00027-CV**

**IN THE MATTER OF THE MARRIAGE OF NYCHELLE TAITIAHANNA PRYOR AND ISAAC BENJAMIN HERMAN VEIL AND IN THE INTEREST OF W. H. V., A CHILD**

Appeal from the County Court at Law
of Smith County, Texas (Tr.Ct.No. 23-1939-E)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*